# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                    **Crim. No. 5:17-CR-308-1H**

**WYATT M. WOOD**

On April 14, 2017, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                        /s/ Peter J. Yalango  
Eddie J. Smith                             Peter J. Yalango  
Supervising U.S. Probation Officer        U.S. Probation Officer  
                                            150 Rowan Street Suite 110  
                                            Fayetteville, NC 28301  
                                            Phone: 910-354-2546  
                                            Executed On: May 13, 2019

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___17th___ day of ___May___, 2019.

_____  
Malcolm J. Howard  
Senior U.S. District Judge